# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**107**

**KAH 10-01780**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
MICHAEL D. PIERCE, PETITIONER-APPELLANT,

                          V                                    ORDER

MICHAEL F. HOGAN, COMMISSIONER, OFFICE OF
MENTAL HEALTH, RESPONDENT-RESPONDENT.

---

MARY R. HUMPHREY, NEW HARTFORD, FOR PETITIONER-APPELLANT.

---

        Appeal from a judgment (denominated decision and order) of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered July 12, 2010 in a habeas corpus proceeding. The judgment denied petitioner's application for poor person status and dismissed his proposed writ of habeas corpus.

        It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  February 10, 2012                    Frances E. Cafarell
                                               Clerk of the Court